```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION

IN RE:  RONALD L. BISHOP         {   CHAPTER 13
                                 {
                                 {
         DEBTOR(S)               {   CASE NO. R22-40664-BEM
                                 {
                                 {   JUDGE   ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d). (71 months).

3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. § 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor(s) provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

4. The 2016(b) Disclosure Statement and the Chapter 13 plan are inconsistent with regard to the attorney's fees received pre-petition or to be paid in the plan, or both, in violation of 11 U.S.C. § 329 and Bankruptcy Rules 2016(b) and 2017; specifically, the amount to be paid if case is converted/dismissed.

5. The Debtor(s) may have failed to provide adequate notice to the Georgia Department of Revenue, the Internal Revenue Service and the Gordon County Tax Commissioner, in violation of 11 U.S.C. § 342.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

August 2, 2022

                                                     /s
                                     Albert C. Guthrie, Esq.
                                     for Chapter 13 Trustee
                                     GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R22-40664-BEM

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

RONALD LO. BISHOP
161 MOUNTAIN LOOP RD, NW
SUGAR VALLEY, GA 30746-5356

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 2nd  day of August, 2022


          /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com